UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THOMAS F. ISLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00860-SEB-MPB |
| | ) | |
| MED-1 SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REFERENCE**

Based upon the written consent of the parties found in the Case Management Plan [Dkt No. 11], this case is now referred to the currently assigned United States Magistrate Judge Matthew P. Brookman to conduct all proceedings and order the entry of judgment, in accordance with 28 U.S.C. 636(c) and Fed. R. Civ. P. 73. Should this case be reassigned to a magistrate judge other than the magistrate judge assigned on the date of this order, any party or attorney of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect. The cause number of this action shall be amended as shown above to reflect the referral of this action to the Magistrate Judge. Please use altered case number **1:18-cv-00860- MPB-SEB** on all future filings with this court.

**IT IS SO ORDERED.**

Date: _6/11/2018_

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF