UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS F. ISLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>　　　　　　Defendant. | CASE NO. 1:18-cv-00860-MPB-SEB |

**PLAINTIFF'S STATEMENT OF CLAIMS**

　　　Plaintiff Thomas F. Isler, by counsel, pursuant to the parties' Case Management Plan [Dkt. 13, p. 2], submits the following statement of claims he intends to prove at trial:

　　　Plaintiff intends to prove that Defendant violated § 1692f of the Fair Debt Collection Practices Act when it obtained a default judgment against him in contravention of the parties' payment arrangement agreement.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Robert E. Duff, Atty No. 16392-06
　　　　　　　　　　　　　　　　　　　　Indiana Consumer Law Group/
　　　　　　　　　　　　　　　　　　　　The Law Office of Robert E. Duff
　　　　　　　　　　　　　　　　　　　　P.O. Box 7251
　　　　　　　　　　　　　　　　　　　　Fishers, IN 46037
　　　　　　　　　　　　　　　　　　　　800-817-0461
　　　　　　　　　　　　　　　　　　　　robert@robertdufflaw.com